# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA, | : | |
|     Plaintiff, | : | |
| v. | : | **CRIMINAL ACTION** |
| ADAM SCOTT, | : | NO. 10-cr-677 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this ____ day of April, 2011, upon consideration of Defendant's Motion to Suppress (Doc. 22) and the Government's Response in Opposition thereto (Doc. 28); Defendant's Motion to Compel the Production of the Identity of the Alleged Informant (Doc. 30) and the Government's Response in Opposition thereto (Doc. 40); and Defendant's Motion to Dismiss Indictment on Speedy Trial Grounds, or in the Alternative, for Severance (Doc. 38) and the Government's Response in Opposition thereto (Doc. 43), **IT IS HEREBY ORDERED AND DECREED** that the Motions are **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Automatic Review of Conditions of Release (Doc. 38) is **WITHDRAWN.**

                                                            BY THE COURT:

                                                            /S/ Petrese B. Tucker
                                                            _____
                                                            **Hon. Petrese B. Tucker, U.S.D.J.**