IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| USA, :<br>  :<br>  Plaintiff, :<br>  :<br>  v. :<br>  :<br> ADAM SCOTT, :<br>  Defendant. : | CRIMINAL ACTION<br><br>NO. 10-cr-677 |

### ORDER

**AND NOW**, this ____ day of July, 2011, upon consideration of Defendant's Motion For Reconsideration of Denial of Suppression Motion and for a Frank's Hearing (Doc. 100) and the Government's Response in Opposition thereto (Doc. 103), **IT IS HEREBY ORDERED AND DECREED** that the motion is **DENIED**.

BY THE COURT:

/S/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.